## Richmond

### HAROLD BELL GINN v. COMMONWEALTH OF VIRGINIA.

October 14, 1974.

Record No. 740005.

Present, I'Anson, C.J., Carrico, Harrison, Cochran, Harman and Poff, JJ.

*Stuart A. Saunders; Ford, Aris, Scott & Saunders*, on brief, for plaintiff in error.

*Andrew P. Miller, Attorney General; Linwood T. Wells, Jr., Assistant Attorney General*, on brief, for defendant in error.

Case submitted on briefs.